IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALESHA DAVIS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| THE RELIANCE STANDARD LIFE INSURANCE COMPANY | : | NO. 08-786 |

## ORDER

**AND NOW**, this 11th day of May, 2010, upon consideration of Plaintiff, Alesha Davis's, "Motion for Attorney's Fees and Costs Pursuant to 29 U.S.C. Section 1132(g)," the response filed in opposition, and the reply thereto, it is hereby **ORDERED** that Plaintiff's Motion (Doc. No. 33) is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
Mitchell S. Goldberg, J.